IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JIMMY DOYLE BUMGARDNER,
ADC #103669                                                                                         PLAINTIFF

5:08CV00321HLJ

LARRY NORRIS, et al.                                                                          DEFENDANTS

ORDER

On March 30, 2009, this Court directed defendants to provide the last-known addresses of defendants Dr. Carpenter and Mid-America Dental, who have not yet been served (DE #29). Defendants have responded by email for security purposes, indicating that Mid-America Dental is now known as Mid America Health, Inc.  This Court will direct that such response be filed under seal, and will direct the re-issuance of service on defendants Dr. Carpenter and Mid-America Dental/Mid America Health at the addresses noted in the email. Accordingly,

IT IS, THEREFORE, ORDERED that defendants' response to the Court's Order shall be placed under seal in the Clerk's Office, and that the addresses set forth in such shall not be made part of any public record.

IT IS FURTHER ORDERED that the Clerk of the Court shall prepare summons for the defendants Dr. Richard Carpenter and Mid America Health, Inc. (Formerly known as Mid-America Dental), and the United States Marshal is hereby directed to serve a copy of the summons and complaint (DE #2) on defendants at the addresses provided under seal, without prepayment of fees and costs or security therefore.

IT IS FURTHER ORDERED that upon re-issuance of the complaint and summons, the United States Marshal is hereby directed to send plaintiff's copy of process to the Clerk of the Court, who shall then remove the addresses prior to forwarding a copy to plaintiff.

IT IS SO ORDERED this 21st day of April, 2009.

*Henry L. Jones, Jr.*
United States Magistrate Judge