IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JIMMY DOYLE BUMGARDNER,
ADC #103669                                                                                    PLAINTIFF

v.                                             5:08CV00321HLJ

LARRY NORRIS, et al.                                                                     DEFENDANTS

## ORDER

Defendants' motion for leave of Court to depose plaintiff, pursuant to Fed.R.Civ.P. 30(a)(2) (DE #35), is hereby GRANTED.

Plaintiff's motion for default judgment against defendant Richard A. Carpenter (DE #40) is hereby DENIED. Defendant Carpenter has not yet been served in this action.

IT IS SO ORDERED this 30th day of April, 2009.

_____
United States Magistrate Judge