IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JIMMY DOYLE BUMGARDNER,
ADC #103669                                                                               PLAINTIFF

v.                                    5:08CV00321HLJ

LARRY NORRIS, et al.                                                                    DEFENDANTS

## ORDER

The Court has determined counsel should be appointed to represent the plaintiff in all further proceedings in this action.

Pursuant to 28 U.S.C. § 1915(e)(1) and Local Rule 83.7, G. Gregory Niblock, P.O. Box 1208, Stuttgart, AR 72160-1208, 870-673-8444, is hereby appointed to represent plaintiff Jimmy Doyle Bumgardner in all further proceedings in this action.

THE CLERK IS HEREBY DIRECTED to send counsel and plaintiff a copy of this Order. Counsel is also directed to access and review Local Rule 83.7 regarding appointment of counsel, and Local Rule 83.6 regarding reimbursement of out-of-pocket expenses, through the Court's web site (www.are.uscourts.gov).[1] Pursuant to Rule 83.7, counsel must make written application to withdraw within fifteen (15) days; otherwise, the appointment will be effective.

IT IS SO ORDERED this 8th day of July, 2009.

_____
United States Magistrate Judge

---

[1] Counsel may review the case file <u>once</u>, at no charge, from the Court's PACER system, which may be accessed by registering through the Court's web site. Thereafter, appointed counsel shall contact the court-room deputy to obtain a copy of the file.