IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JIMMY DOYLE BUMGARDNER,
ADC #103669                                                                                           PLAINTIFF

v.                                              5:08CV00321HLJ

LARRY NORRIS, et al.                                                                          DEFENDANTS

ORDER

Plaintiff shall file a response to the motion for summary judgment, filed by defendant Mid-America Health, Inc. (DE #85), within twenty days of the date of this Order.

IT IS SO ORDERED this 6th day of November, 2009.

_____
United States Magistrate Judge