IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JIMMY DOYLE BUMGARDNER,                                                                    PLAINTIFF
ADC #103669

v.                                    NO. 5:08CV00321 JLH/HLJ

LARRY NORRIS, *et al.*                                                                     DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the motion for summary judgment filed by defendant Mid America Health, Inc. (formerly sued as Mid-America Dental), is hereby GRANTED (Document #85), and this defendant is dismissed from plaintiff's complaint.

IT IS SO ORDERED this 6th day of April, 2010.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE