IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JIMMY DOYLE BUMGARDNER,
ADC #103669                                                                                          PLAINTIFF

v.                                         5:08CV00321JLH/JTK

LARRY NORRIS, et al.                                                                         DEFENDANTS

## ORDER

The Court has determined that counsel shall be appointed to represent the plaintiff.

Pursuant to 28 U.S.C. § 1915(e)(1) and Local Rule 83.7, Joseph Patrick Jaynes, Dabbs & Pomtree, 2024 Arkansas Valley Drive, Suite 101, Little Rock, AR 72212, 501-224-1141, is hereby appointed to represent plaintiff Jimmy Doyle Bumgardner in all further proceedings in this action.

THE CLERK IS HEREBY DIRECTED to send counsel and plaintiff a copy of this Order. Counsel is also directed to access and review Local Rule 83.7 regarding appointment of counsel, and Local Rule 83.6 regarding reimbursement of out-of-pocket expenses, through the Court's web site (www.are.uscourts.gov).[1]  Pursuant to Rule 83.7, counsel must make written application to withdraw within fifteen (15) days; otherwise, the appointment will be effective.

IT IS SO ORDERED this 12th day of May, 2010.

_____
United States Magistrate Judge

---

[1] Counsel may obtain a copy of the case file, on disk, by contacting the Courtroom Deputy.