**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JIMMY DOYLE BUMGARDNER
ADC #103669                                                                                                  PLAINTIFF

v.                                          5:08-cv-00321-DPM-JTK

LARRY NORRIS, et al.                                                                                  DEFENDANTS

## ORDER

This matter is before the Court on the Defendants' Motions for Partial Summary Judgment and Summary Judgment (Doc. Nos. 146, 149). As of this date, Plaintiff has not filed responses to the Motions. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall file responses to Defendants' Motions within ten (10) days of the date of this Order. Failure to respond to this Court's Order may result in the dismissal without prejudice of the Plaintiff's Complaint for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 7th day of January, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE