IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JIMMY DALE BUMGARDNER,
ADC #103669                                                                                          PLAINTIFF

v.                                             5:08-cv-00321-DPM-JTK

LARRY NORRIS, et al.                                                                          DEFENDANTS

## ORDER

This matter is before the Court on the Defendants' Motions for Summary Judgment (Doc. Nos. 146, 149). Plaintiff has filed a Response to the Motions (Doc. No. 156).

At issue in this case is the dental care and treatment provided to the Plaintiff by the Defendants. In their Motions, Defendants state Plaintiff fails to present evidence to support a finding of deliberate indifference with respect to their care and treatment of him. In support, Defendants attach portions of Plaintiff's medical records, and the affidavits of Drs. Martin Zoldessy and Johnny Canady. In his Response, Plaintiff disputes Defendants' claims, and refers to a report by another dentist, Dr. Jessica Jackson, D.D.S., which was prepared December 1, 2010. Plaintiff states this report is part of his medical file and asks that the Court review it.

Prior to rendering a decision in this case, the Court would like to review the report of Dr. Jackson, if possible. Therefore, the Court hereby directs Defendants to provide a copy of the report, and any other relevant evidence to the Court within seven days of the date of this Order. If this report does not exist or cannot be provided, the Defendants shall provide an affidavit to that effect.

IT IS SO ORDERED this 25th day of January, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE